IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JENNIFER G. LASKOWSKI, individually, heir-at-law of Peter A. Laskowski, Deceased, and as Special Administrator of the ESTATE OF PETER A. LASKOWSKI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HANS FRITZEMEIER, d/b/a DIRT ROAD OUTFITTERS, et al.<br><br>　　　　Defendants. | Case No.: 2:23-CV-02308-TC-KGG |

## MOTION TO SUPPLEMENT THE COMPLAINT

The Plaintiff, by her undersigned counsel, hereby moves the court for leave to supplement her original Complaint (Doc. No. 1) to add as a party defendant, Dirt Road Outfitters, LLC. This Motion is brought pursuant to FED. R. CIV. P. 15(d), D. KAN. RULE 15.1, and paragraph 3.a. of the court's Scheduling Order (Doc. No. 34). The grounds supporting this Motion are set forth in the Memorandum in Support of Motion to Supplement the Complaint, which is being filed simultaneously herewith.

Pursuant to D. KAN. RULE 15.1(a)(2)-(3), a copy of the proposed Supplemental Complaint and a redlined version that shows all proposed changes to the original Complaint are attached to the Memorandum in Support of Motion to Supplement the Complaint as Exhibits 1 and 2.

For the reasons set forth in the Memorandum in Support of Motion to Supplement the Complaint, the court should enter an order granting this Motion, ordering the Supplemental Complaint attached hereto as Exhibit 1 filed, and further ordering the present Defendants to plead

to the Supplemental Complaint within twenty-one (21) days of service of the same through the court's CM/ECF system. The court's order should further indicate that on or after filing the Supplemental Complaint, the Plaintiff may present a summons directed to Dirt Road Outfitters, LLC to the clerk for issuance and service pursuant to Fed. R. Civ. P. 4(b).

Respectfully submitted,

*/s/ Brent W. Jacobson*
Brent W. Jacobson           WI #1084522
*Pro Hac Vice*
ANDERSON O'BRIEN, LLP
1257 Main Street, P.O. Box 228
Stevens Point, WI 54481
(715) 344-0890
bwj@andlaw.com


*/s/ Shane J. VanderWaal*
Shane J. VanderWaal         WI #1020149
*Pro Hac Vice*
VANDERWAAL LAW, S.C.
226411 Rib Mountain Drive, Ste. 2
P.O. Box 1343
Wausau, WI 54402-1342
(715) 845-9401
shanev@vanderlaw.net


*/s/ R. Douglas Gentile*
R. Douglas Gentile          KS #13907
Daniel A. Kopp              KS# 28354
ROUSE FRETS WHITE GOSS GENTILE RHODES, P.C.
5250 West 116th Place, Suite 400
Leawood, KS 66211
(913) 387-1600
(913) 928-6739
dgentile@rousepc.com
rboden@rousepc.com

***ATTORNEYS FOR PLAINTIFF***

2

## CERTIFICATE OF SERVICE

The undersigned certifies that this pleading was filed on January 2nd, 2024, with the CM/ECF system and further, that the CM/ECF system will serve copies on all parties and counsel of record.

/s/ R. Douglas Gentile
Attorney for Plaintiffs